# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156018(84)

VAN BUREN CHARTER TOWNSHIP,
      Plaintiff-Appellant,

v

VISTEON CORPORATION,
      Defendant-Appellee.

SC: 156018
COA: 331789
Wayne CC: 15-008778-CK

_____/

      On order of the Chief Justice, the motion of the Michigan Townships Association and the Government Law Section of the State Bar of Michigan to file a joint brief amicus curiae is GRANTED. The amicus brief submitted on August 29, 2018, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 31, 2018



Clerk